UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 16- cv-25251

HUGH F. CULVERHOUSE, as Trustee of
the HUGH F. CULVERHOUSE
REVOCABLE TRUST,

       Plaintiff,

-v-

ROBERT BEARDEN, JR., HERBERT
CUNITZ, SCOTT DAVIDSON, SCOTT
REASONER, SHAUN CONNOLLY, and
GREG PAVLIK,

       Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of record

for all parties herein that the above-entitled action be and hereby is dismissed with prejudice,

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties'

confidential Settlement Agreement and Release (the "Agreement"), without costs to any party as

against another and with the Court retaining jurisdiction for purposes of enforcing the

Agreement.

1

Dated: Miami, Florida
     June 12, 2017

By: _/s/ Matthew McGuane_

Lawrence A. Kellogg
Fla. Bar No. 328601
lak@lklsg.com
Matthew J. McGuane
Fla. Bar No. 84473
mjm@lklsg.com
LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard
22nd Floor, Miami Center
Miami, FL 33131
(305) 722-8894

*Attorneys for Plaintiff*

By: _/s/ Daniel Rashbaum_

Daniel L. Rashbaum
drashbaum@mnrlawfirm.com
Michael A. Pineiro
Fla. Bar. No. 041897
mpineiro@mnrlawfirm.com
Fla. Bar No. 75084
MARCUS NEIMAN & RASHBAUM LLP
2 South Biscayne Boulevard
Suite 1750
Miami, Florida 33131
Phone: (305) 400-4261

Jamie A. Levitt
Steven T. Rappoport
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
(212) 468-8000
jlevitt@mofo.com
srappoport@mofo.com

*Attorneys for Defendants*

2